THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY MAUCERI, Appellant.—

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.